539 S.E.2d 749

**Ray Lloyd POWELL, Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

Record No. 3042–99–2.

Court of Appeals of Virginia.

Jan. 16, 2001.

From the Circuit Court of Henrico County.

Before: FITZPATRICK, C.J., BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS and CLEMENTS, JJ., and COLEMAN,* Senior Judge.

UPON A PETITION FOR REHEARING EN BANC

On December 12, 2000 came the appellant, by counsel, and filed a petition praying that the Court set aside the judgment rendered herein on November 28, 2000, and grant a rehearing en banc thereof.

On consideration whereof, the petition for rehearing en banc is granted, the mandate entered herein on November 28, 2000

---

* Judge Coleman participated in the hearing and decision of this case prior to the effective date of his retirement on December 31, 2000 and thereafter by his designation as a senior judge pursuant to Code § 17.1–401.

is stayed pending the decision of the Court en banc, and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellant shall attach as an addendum to the opening brief upon rehearing en banc a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.